UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 15-cr-20089
                                             Hon. Matthew F. Leitman

v.

D-3   JAMAR HARRIS,

      Defendant.
_____/

## EX PARTE ORDER ALLOWING COMPUTER AND COMPACT DISCS INTO SANILAC COUNTY JAIL

The Court having been advised in this matter that Defendant should be allowed to review the discovery materials provided to date, and for the reasons stated below:

1. Defendant is charged by way of Indictment with Interference with Commerce by Robbery, 18 U.S.C. § 1951(a), and Use of a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §924(c).

2. During the course of this investigation, the government obtained surveillance videos from the business establishments which relate to this case. It is believed that these videos served as a basis for the instant Indictment against the Defendant.

3. The Defendant has expressed to counsel that he is interested in reviewing the discovery as he believes it will assist him in his defense.  Counsel

believes his review of the videos will assist in the preparation of pretrial motions and trial.

4.      Counsel intends to download the discovery onto his laptop computer (HP Pavilion dv6500, Serial No. CNF7495HV7) IPad (Serial Number GB0263KRA90) and onto compact discs.

**IT IS HEREBY ORDERED** that attorney Joseph Niskar is permitted to bring the above-described laptop computer, IPad and compact discs into the Sanilac County Jail in order to allow Defendant, JAMAR HARRIS, the opportunity to review discovery provided by the government.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 2, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 2, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113