UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,                  Criminal No. 15-cr-20089-3
                                                    Civil No. 19-cv-12017
v.                                                        Hon. Matthew F. Leitman

D3, JAMAR HARRIS.,

    Defendant/Petitioner.
_____/

## **JUDGMENT**

For the reasons stated in the Court's Order entered and filed on September 30, 2019, Defendant/Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 is DENIED and judgment is entered in favor of Plaintiff/Respondent.

                                                                DAVID J. WEAVER
                                                                 CLERK OF COURT

                                            By:    s/Holly A. Monda
                                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 1, 2019
Flint, Michigan